■ YOLANDA DUQUE DE ESTRADA GONZALEZ v. INDUSTRIAL BANK (OF CUBA).— Motion for leave to reargue denied, but motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ LEONARD BLACKWOOD v. CHEMICAL CORN EXCHANGE BANK.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ In the Matter of the Arbitration between STANLEY J. STAKLINSKI and PYRAMID ELECTRIC COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ CORINNE C. WATERMAN v. HENRY KAUFMAN et al. CORINNE C. WATERMAN v. DORIS BYRNE et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ FORDHAM UNIVERSITY v. WALTER N. SMITH et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ GUSTAVE SILVERMAN et al., v. HOTEL WALES, INC.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. TIMOTHY HARRISON.— Motion to dismiss appeal granted on the ground that the notice of appeal was not timely filed. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. TIMOTHY HARRISON.— Motion for leave to appeal as a poor person dismissed, having become academic by virtue of the decision of this court in People v. Harrison (ante, p. 828). Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ SAM H. LIPSON, as Receiver of MR. HAMBURG-BRONX CORP., v. CHARLES RADER et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RAYMOND YAEDE, JR.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM WHITE.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL WITT, JR.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ ADALBERT GREINER et al. v. JOSEPH GERSHMAN et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ BELMAR OPERATING CORPORATION v. ALFRED MEROLLA et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of ALFONSO BENAVIDES against ROBERT E. HERMAN, as State Rent Administrator, et al.— Motion for a stay granted and the interim stay contained in the order to show cause, dated March 23, 1960, is continued